No. 83–2087.  COOK v. R. W. HARMON & SONS, INC., ET AL. C. A. 8th Cir.  Certiorari denied.

No. 83–2088.  BAYOU BOTTLING, INC. v. DR PEPPER CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 83–2090.  MAYFIELD, DBA JOE'S CAFE ET AL. v. DONOVAN, SECRETARY OF LABOR.  C. A. 6th Cir.  Certiorari denied.

No. 83–2091.  MANNING, AS EXECUTOR OF THE ESTATE OF NORELL v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 83–2092.  ABISLAIMAN v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 83–2093.  E. R. SQUIBB & SONS, INC. v. ABEL ET AL. Sup. Ct. Mich.  Certiorari denied.

No. 83–2095.  LANDMARK BEEF PROCESSORS, INC., ET AL. v. BLOCK, SECRETARY OF AGRICULTURE.  C. A. 9th Cir.  Certiorari denied.

No. 83–2096.  CRANK v. TEXAS STATE BOARD OF DENTAL EXAMINERS.  Sup. Ct. Tex.  Certiorari denied.

No. 83–2099.  ASSOCIATED DRY GOODS CORP. v. COMMISSIONER OF REVENUE OF MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 83–2100.  WIRE CLOTH ENTERPRISES, INC. v. REED, SMITH, SHAW & MCCLAY.  C. A. 3d Cir.  Certiorari denied.

No. 83–2105.  GREEN CORP. ET AL. v. LOCAL UNION 59, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO.  C. A. 5th Cir.  Certiorari denied.

No. 83–2107.  MADRID v. LAWYERS TITLE INSURANCE CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.